IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SCOTTSDALE INSURANCE COMPANY, )
                              )
        Plaintiff,            )
                              )    CIVIL ACTION NO.
        v.                    )     2:18cv475-MHT
                              )        (WO)
CALHOUN HUNTING CLUB AND      )
LOUNGE, TERRY BAITY and       )
TIFFANY MILLER,               )
                              )
        Defendants.           )

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Scottsdale Insurance Company's motion to strike (doc. no. 33) is denied.

(2) Defendants Terry Baity's and Tiffany Miller's motions to dismiss (doc. nos. 8 and 15) are granted as to them and as to defendant Calhoun Hunting Club and Lounge.

(3) This case is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of December, 2018.

                /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE